# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00074-CV

**Trivista Operating LLC and Trivista Oil Company LLC, Appellants**

**v.**

**ERC Acquisitions II LLC, Appellee**

### FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
### NO. 2023V-268, THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Trivista Operating LLC and Trivista Oil Company LLC have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Appellants' Motion

Filed: February 15, 2024